Eugene C. Ryu (209104)
Gene.Ryu@klgates.com
Carter L. Norfleet (318152)
Carter.Norfleet@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendants
HOWMET AEROSPACE INC. and
SCHLOSSER FORGE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DAVID WALKER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOWMET AEROSPACE, INC., a Delaware corporation; SCHLOSSER FORGE COMPANY, a Delaware corporation; and DOES 1-100, inclusive<br><br>Defendants. | Case No.<br><br>**DECLARATION OF CARTER L. NORFLEET IN SUPPORT OF DEFENDANTS' REMOVAL TO FEDERAL COURT**<br><br>[28 U.S.C. §§ 1332 , 1441, & 1446] |

## DECLARATION OF CARTER L. NORFLEET

I, Carter Norfleet, hereby declare and state as follows:

1. I am an associate at the law firm of K&L Gates LLP, counsel for Defendants Howmet Aerospace, Inc. and Schlosser Forge Company. (together "Defendants") in the above-entitled matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Central District of California and am responsible for representing said Defendants in this action. Except where otherwise indicated, all of the information contained herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of the executed Notice of Acknowledgement of Receipt ("NAR") (and attachments) served on Defendant Howmet Aerospace Inc. on November 9, 2020 in *David Walker, et al. v. Howmet Aerospace, Inc., et al.*, Los Angeles Superior Court Case No. CIVDS2022311 (the "State Court Action"). The NAR attached copies of the Private Attorney General Act ("PAGA") only Complaint, Summons, Civil Case Cover Sheet, Case Management Order, Complex Litigation Guidelines, and Certificate of Assignment. Howmet Aerospace Inc. returned the NAR on November 29, 2020. Plaintiff served Defendant Schlosser Forge Company with the same on November 30, 2020. Defendant Schlosser Forge Company returned the NAR on December 1, 2020. Attached as **Exhibit "B"** is a true and correct copy of the executed Notice of Acknowledgement of Receipt ("NAR") (and attachments) served on Defendant Schlosser Forge Company on November 30, 2020.

3. Attached as **Exhibit "C"** is a true and correct copy of Defendants' Answer to Plaintiff's PAGA only Complaint in the State Court Action.

4. Attached as **Exhibit "D"** is a true and correct copy of Joint Initial Case Management Conference Report filed in the State Court Action on January 21, 2021.

5. Attached as **Exhibit "E"** is a true and correct copy of Plaintiff's Motion

for Leave to File First Amended Complaint ("FAC"), and supporting documents, filed in the State Court Action (a conformed copy was not made available to Defendant). Attached as **Exhibit "F"** is a true and correct conformed copy of Defendants' Opposition papers. Attached as **Exhibit "G"** is a true and correct copy of Plaintiff's Reply papers. Conformed copies were not made available to Defendant.

6. Attached as **Exhibit "H"** is a true and correct copy of Plaintiff's Notice of Ruling on Motion for Leave to Amend served on Defendants and this Court's Order Granting Leave to File First Amended Complaint. Attached as **Exhibit "I"** is a true and correct copy of Plaintiff's FAC, which was deemed filed as of June 7, 2021.

7. Attached as **Exhibit "J"** is a true and correct copy of the Defendants' Answer to Plaintiff's FAC filed and served in the State Court Action, as well as the filing confirmation email. A conformed copy has not yet been made available by the State Court.

8. As of the date of this removal, it is my understanding that no other parties have been named or validly served in this matter. It is also my understanding that, as of the date of this removal, no other pleadings, process, or orders have been served upon Defendant, or filed in the state court action, other than those attached hereto.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on July 7, 2021 at Los Angeles, California.

                                                    */s/* Carter L. Norfleet
                                                        CARTER L. NORFLEET