EXHIBIT H

Jeremy F. Bollinger (SBN 240132)
Dennis F. Moss (SBN 77512)
Ari E. Moss (SBN 238579)
Kiara Bramasco (SBN 322600)
**MOSS BOLLINGER LLP**
15300 Ventura Blvd., Ste. 207
Sherman Oaks, California 91403
Telephone: (310) 982-2984
Facsimile: (818) 963-5954
jeremy@mossbollinger.com
dennis@mossbollinger.com
ari@mossbollinger.com
kiara@mossbollinger.com

Attorneys for Plaintiff
DAVID WALKER

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN BERNARDINO**

| | |
|---|---|
| **DAVID WALKER**, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**HOWMET AEROSPACE, INC.**, a Delaware corporation; **SCHLOSSER FORGE COMPANY**, a Delaware corporation; and **DOES 1-50**,<br><br>Defendants. | Case No. CIVDS2022311<br><br>[Assigned for all purposes to Hon. David Cohn, Dept. S-26]<br><br>**PLAINTIFF DAVID WALKER'S NOTICE OF RULING ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Action Filed: October 13, 2020 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff David Walker's Motion for Leave to File First Amended Complaint ("Motion") was heard on June 7, 2021, before the Hon. David Cohn, Judge Presiding, in Department S-26 of the above-entitled court. With Defendants having submitted on the Court's tentative ruling to grant the Motion, the Court adopted its tentative ruling and GRANTED Plaintiff's Motion.

The Court further ordered that (1) the proposed amended complaint attached to Plaintiff's Motion is deemed filed and served as of the date of the granting of the Motion (i.e., June 7, 2021), and that (2) Defendants have 30 days from the date of the order (June 7, 2021) to respond to the amended complaint.

DATED: June 7, 2021

MOSS BOLLINGER, LLP

_____
Jeremy F. Bollinger
Attorneys for Plaintiff
DAVID WALKER

PLAINTIFF DAVID WALKER'S NOTICE OF RULING ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
- 1 -

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 15300 Ventura Blvd, Suite 207, Sherman Oaks, CA 91403. On June 7, 2021, I served the foregoing document(s) described as:

**PLAINTIFF DAVID WALKER'S NOTICE OF RULING ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

on the interested party(ies) below, using the following means:

Gene Ryu
Carter L. Norfleet
K&L Gates LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Email: gene.ryu@klgates.com; carter.norfleet@klgates.com
*Attorneys for Defendants Howmet Aerospace, Inc. and Schlosser Forge Company*

☐ BY UNITED STATES MAIL. I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ BY ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 7, 2021 at Los Angeles, California.

Jeremy F. Bollinger
[Print Name of Person Executing Proof]                    [Signature]

```
                                          FILED
                                SUPERIOR COURT OF CALIFORNIA
                                   COUNTY OF SAN BERNARDINO
                                    SAN BERNARDINO DISTRICT

                                        JUN 0 7 2021

                                BY _____
                                   JESSICA MORALES, DEPUTY
```

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| DAVID WALKER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOWMET AEROSPACE, INC., a Delaware corporation; SCHLOSSER FORGE COMPANY, a Delaware corporation; and DOES 1-50,<br><br>Defendants. | Case No. CIVDS2022311<br><br>[Assigned for all purposes to Hon. David Cohn, Dept. S-26]<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>Date: June 7, 2021<br>Time: 10:00 am<br>Dept: S-26<br><br>Action Filed: October 13, 2020 |

# [~~PROPOSED~~] ORDER

This matter came on regularly for hearing on June 7, 2021, before the Hon. David Cohn, Judge Presiding, in Department S-26 of the above-entitled court.

Upon reading and considering the Motion for Leave to File First Amended Complaint (the "Motion"), and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion is hereby granted.
2. The proposed amended complaint is deemed filed and served as of the date of the granting of the Motion.
3. Defendant has 30 days from the date this order is served to respond to the amended complaint.

DATED: 6/7/21

_____
JUDGE OF THE SUPERIOR COURT
DAVID COHN