1  Eugene C. Ryu (209104)
2  Gene.Ryu@klgates.com
   Carter L. Norfleet (318152)
3  Carter.Norfleet@klgates.com
4  K&L GATES LLP
   10100 Santa Monica Boulevard
5  Eighth Floor
6  Los Angeles, California  90067
   Telephone: +1 310 552 5000
7  Facsimile: +1 310 552 5001

8  Attorneys for Defendants
9  HOWMET AEROSPACE INC. and
   SCHLOSSER FORGE COMPANY
10

11              UNITED STATES DISTRICT COURT

12      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

13

| 14 | DAVID WALKER, an individual, on behalf of himself and all others similarly situated, | Case No.:  5:21-CV-01136 |
|---|---|---|
| 15 | | **DECLARATION OF REBECCA REID IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** |
| 16 | Plaintiffs, | |
| 17 | vs. | |
| 18 | HOWMET AEROSPACE, INC., a Delaware corporation; Schlosser Forge Company, a Delaware corporation; and DOES 1-100, inclusive | **[28 U.S.C. §§ 1332, 1441, & 1446]** |
| 19 | | (*CONCURRENTLY FILED WITH NOTICE OF REMOVAL, DECLARATION OF CARTER NORFLEET, CIVIL COVER SHEET, NOTICE OF RELATED CASES, CERTIFICATION & NOTICE OF INTERESTED PARTIES* |
| 20 | Defendants. | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1

## <u>DECLARATION OF REBECCA REID</u>

I, Rebecca Reid, declare:

1.     I am employed as Vice President, Human Resources at Howmet Aerospace, Inc. ("Howmet").  I make this declaration based on personal knowledge and review of corporate records, and if called as a witness I could and would testify competently thereto.

2.     My job duties include developing and leading HR and operational strategies.  In my role, I am familiar with Howmet's corporate and HR structure.  I am also familiar with the Howmet's California workforce, and particularly, Howmet's non-exempt employees in California.

3.     During the four years preceding the filing of Plaintiff David Walker's First Amended Complaint ("FAC"), Howmet employed 3,020 hourly, non-exempt employees in California of which 1,507 are former employees.  Those 3,020 employees worked 511,899 workweeks at an average hourly rate of $21.33 per hour. During this time period, 572 employees signed settlement and release agreements – those employees are not included in the 3,020 hourly, non-exempt employee number.

4.     Schlosser Forge Company is an affiliate of Howmet Global Fastening Systems Inc. (the current subsidiary of Howmet Aerospace Inc.), and a subsidiary entity of Howmet Aerospace Inc. with a principal place of business in Pittsburgh, Pennsylvania.

///

///

///

///

///

///

///

DECLARATION OF REBECCA REID ISO DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. § 1332(D) - CLASS ACTION FAIRNESS ACT

5.      During the four years preceding the filing of Plaintiff's FAC, all California non-exempt employees were scheduled to work at least five days a week, eight hours per day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of July, 2021 in Cleveland, Ohio.

*Rebecca Reid*

REBECCA REID

DECLARATION OF REBECCA REID ISO DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. § 1332(D) - CLASS ACTION FAIRNESS ACT