1  Eugene C. Ryu (209104)
2  Gene.Ryu@klgates.com
   Carter L. Norfleet (318152)
3  Carter.Norfleet@klgates.com
4  K&L GATES LLP
   10100 Santa Monica Boulevard
5  Eighth Floor
6  Los Angeles, California  90067
   Telephone: +1 310 552 5000
7  Facsimile: +1 310 552 5001

8  Attorneys for Defendants
9  HOWMET AEROSPACE INC. and
   SCHLOSSER FORGE COMPANY
10

11
                    UNITED STATES DISTRICT COURT
12
             CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
13

14 | DAVID WALKER, an individual, on          | CASE NO.   5:21-CV-01136
   | behalf of himself and all others similarly |
15 | situated,                                  | **NOTICE OF RELATED CASES**
16 |                                            |
   |              Plaintiffs                    | Los Angeles County Superior Court
17 |                                            | Case No. CIVDS2022311
18 |       v.                                   |
   |                                            | *(CONCURRENTLY FILED WITH NOTICE OF*
19 | HOWMET AEROSPACE, INC., a                  | *REMOVAL, DECLARATION OF*
20 | Delaware corporation; SCHLOSSER            | *CARTER L. NORFLEET, DECLARATION*
   | FORGE COMPANY, a Delaware                  | *OF REBECCA REID, CIVIL COVER SHEET,*
21 | corporation; and DOES 1-100, inclusive     | *CERTIFICATION AND NOTICE OF*
22 |                                            | *INTERESTED PARTIES)*
   |              Defendants.                   |
23

24
25
26
27
28

                                    1
                         NOTICE OF RELATED CASES

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to L.R. 83-1.3, Defendants Howmet Aerospace Inc. and Schlosser Forge Company (together "Defendants") hereby notify the Court and all appearing parties that J*ose Navarro v. Howmet Aerospace Inc., et al.*, United States District Court, Central District of California Case No. 2:21-cv-00164-DSF-E ("*Navarro* Action") is related to the instant matter. Both actions (a) arise from the same or a closely related transaction, happening or event; and (b) call for determination of the same or substantially related or similar questions of law and fact.

Both this matter and the *Navarro* Action involve mostly the "same parties" and "are based on the same or similar claims." Specifically, both this matter and the *Navarro* Action involve claims (on a class wide basis) for: 1) failure to pay all wages (including minimum and overtime wages); (2) failure to provide meal periods or compensation in lieu of; (3) failure to provide rest breaks or compensation in lieu of; (4) failure to provide accurate itemized wage statements; (5) waiting time penalties; (6) failure to reimburse necessary business expenses; and (7) violation of unfair competition law. Both this matter and the *Navarro* Action involve essentially the same allegations arising from the same common nucleus of facts. Consequently, these cases raise the same questions of law. Furthermore, considerations of judicial economy and the swift administration of justice weigh strongly in favor of relating these cases. Given that these cases involve the same putative class members, challenge the same or similar activities, rely on the same or similar evidence, and require analysis under the same statutes and other legal authorities, there would be a "substantial duplication of labor" if they were heard by different judges. Simply put, it would be a waste of judicial resources and will unduly delay and detract from the efficient determination of the action to have these cases proceed under two separate case numbers in front of two

///

separate judges.

|   |   |
|---|---|
| Dated: July 7, 2021 | K&L GATES LLP<br><br>By: */s/ Carter L. Norfleet*<br>EUGENE RYU<br>CARTER L. NORFLEET<br>Attorneys for Defendants,<br> HOWMET AEROSPACE INC. and<br> SCHLOSSER FORGE COMPANY |