EUGENE C. RYU (SBN 209104)
CARTER L. NORFLEET (SBN 318152)
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA  90067
Telephone:  310.552.5000
Facsimile:  310.552.5001
Email:       gene.ryu@klgates.com
             carter.norfleet@klgates.com

Attorneys for Defendants

JEREMY F. BOLLINGER (SBN 240132)
DENNIS F. MOSS (SBN 77512)
**MOSS BOLLINGER LLP**
15300 Ventura Blvd., Ste. 207
Sherman Oaks, CA 91403
Telephone:   310.982.2984
Facsimilie:  818.963.5954
Email:       jeremy@mossbollinger.com
             dennis@mossbollinger.com
             ari@mossbollinger.com
             kiara@mossbolr.com

Attorneys for Plaintiff DAVID WALKER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALKER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOWMET AEROSPACE, INC., a Delaware corporation; SCHLOSSER FORGE COMPANY., a Pennsylvania corporation; and DOES 1-50,<br><br>Defendants. | Case No. 5:21-cv-01136-DSF-E<br><br>**STIPULATION TO STAY CASE**<br><br>[Assigned to the Honorable Dale S. Fischer]<br><br>Filed: October 13, 2020<br>FAC Filed: June 7, 2021<br>Removed: July 7, 2021<br>Trial Date:  none |

Plaintiff David Walker ("Plaintiff"), on the one hand, and Defendants Howmet Aerospace, Inc. and Schlosser Forge Company. (collectively "Defendants"), on the other hand, (jointly referred to herein as the "Parties"), by and through their respective counsel of record, hereby enter into this Stipulation to Stay Case with reference to the following facts:

WHEREAS, on July 7, 2021, this matter was removed to this Court from the Superior Court of California (San Bernardino Case No. CIVDS2022311) (Dkt. #1);

WHEREAS, a related case, *Navarro v. Howmet Aerospace, Inc., et al.*, United States District Court, Central District of California Case No. 2:21-cv-00164-DSF-E ("Navarro Matter") is currently pending before this Court;

WHEREAS, this Court granted a stay in the Navarro Matter until 12/06/2021;

WHEREAS, Defendants have reached a settlement in the earlier filed and related matter, *Stewart v. Arconic Global Fasteners & Rings, Inc, et al.*, Superior Court of California, County of Orange, Case No. 30-2018-00968137-CU-OE-CXC ("Stewart Matter");

WHEREAS, Defendants have notified Plaintiff's counsel of the pending Stewart Matter settlement;

WHEREAS, the Parties in this matter are actively engaged in informal settlement discussions regarding the claims not covered in the Stewart Matter, including sharing of documents and data regarding those claims.

WHEREAS, the Parties request this matter be stayed until December 6, 2021 in order for the Parties to meaningfully engage in settlement discussions and for the long-form settlement agreement in the Stewart Matter to be finalized; and if a settlement is reached or settlement discussions fail before December 6, 2021, the Parties will notify the Court to request the lifting of the stay.

///

///

1  WHEREAS, the Parties request that this Court vacate the current Order Setting Scheduling Conference for August 16, 2021, and issue new Scheduling Order after December 6, 2021, including resetting the 120-day deadline for Plaintiff to file his motion for class certification, if the Parties do not reach a settlement (Dkt. #12);

WHEREAS, counsel for Defendants have submitted a declaration in conjunction with this Stipulation detailing the specific reasons for the requested stay;

WHEREAS, the Parties have not previously requested a stay in this matter and believe a stay will best promote judicial economy, preserve the Parties and this Court's resources, and prevent unnecessary discovery and litigation from occurring;

WHEREAS, the Parties believe substantial prejudice (in the form of wasted monetary resources and duplicative litigation) will result if the requested stay is denied;

THEREFORE, good cause existing, it is proposed and STIPULATED by the Parties as follows:

1. This case be stayed in its entirety until December 6, 2021 with all dates having been set by this Court being vacated and rescheduled accordingly, including the 120-day deadline for Plaintiff to file his motion for class certification set forth in the Court's Order Setting Scheduling Conference (Dkt. #12).

///
///
///
///
///
///
///

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 20, 2021        K&L GATES LLP

                            By: */s/ Carter L. Norfleet*
                                Eugene C. Ryu
                                Carter L. Norfleet
                                Attorneys for Defendants

DATED: July 20, 2021        MOSS BOLLINGER LLP

                            By: */s/ Jeremy Bollinger*
                                Jeremy Bollinger
                                Attorneys for Plaintiff

309544418 v1