UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALKER, an individual, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>HOWMET AEROSPACE, INC., a Delaware corporation; SCHLOSSER FORGE COMPANY., a Delaware corporation; and DOES 1-100,<br><br>              Defendants. | Case No. 5:21-cv-01136-DSF-E<br><br>**ORDER IN SUPPORT OF PARTIES' STIPULATION TO CONTINUE STAY OF CASE**<br><br>Assigned to the Hon. Dale S. Fischer<br><br>Filed: October 13, 2020<br>FAC Filed: June 7, 2021<br>Removed: July 7, 2021<br>Trial Date: none |

      This Court, having reviewed the parties' Stipulation To Stay Case, hereby orders as follows:

      1.    This case continue to be stayed in its entirety until June 2022 with any and all dates having been set by this Court being vacated and rescheduled accordingly.

      IT IS SO ORDERED.

DATED:  December 6, 2021

                                      Honorable Dale S. Fischer
                                      UNITED STATES DISTRICT JUDGE