JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALKER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOWMET AEROSPACE, INC., a Delaware corporation; SCHLOSSER FORGE COMPANY., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 5:21-cv-01136-DSF-E<br><br>**ORDER REMANDING REMOVED ACTION** |

1 | This Court, having reviewed the parties' Stipulation to Remand Removed Action, orders that this case is remanded to San Bernardino County Superior Court.

Dated: September 23, 2022

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE